IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-06-CAR-CHW-1 |
| DWAYNE SANDERS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON UNOPPOSED MOTION TO CONTINUE

Before the Court is Defendant Dwayne Sanders's Unopposed Motion to Continue [Doc. 25] of the pretrial hearing in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On February 9, 2022, the Grand Jury returned an indictment charging Defendant with Possession of a Firearm by a Convicted Felon and Possession of a Firearm by an Illegal Drug User and Addict. On February 15, 2022, Defendant was arrested. The next day, Defendant was appointed counsel, pled not guilty at his arraignment, and was released on an unsecured bond.

In the Motion, defense counsel represents that Defendant is expected to enter a guilty plea. However, Defendant recently had spinal surgery and has multiple medical appointments in the coming weeks. Defendant requests a continuance to ensure he is able to attend his appointments and to finalize a plea. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's motion. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel reasonable time for effective preparation

and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 25] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until the October 24, 2022 term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

**SO ORDERED,** this 18th day of July, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT